**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CARLTON SANDERS and**
**STEPHEN H. SMITH as Chapter 7 Bankruptcy**
**Trustee for CARLTON SANDERS**                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:19-CV-721-DPJ-FKB**

**KOCH FOODS, INCORPORATED;**
**KOCH FARMS OF MISSISSIPPI, LLC, and;**
**KOCH FOODS OF MISSISSIPPI, LLC**                                    **DEFENDANTS**

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7(c) of the Local Uniform Rules for the Northern District of Mississippi and the Southern District of Mississippi, Defendants Koch Foods, Inc. ("Koch Foods"); Koch Farms of Mississippi, LLC ("Koch Farms"); and Koch Food of Mississippi, LLC ("Koch Foods of Mississippi") (collectively, "Defendants") hereby file this Corporate Disclosure Statement and state as follows:

Koch Foods does not have any parent corporations or companies. Koch Foods is the sole parent of Koch Foods of Mississippi. Koch Foods and Koch Farms LLC are the parents of Koch Farms. No publicly owned corporation owns 10 percent or more of any of the Defendants.

Respectfully submitted December 18, 2019.

*s/ Scott W. Pedigo*
SCOTT W. PEDIGO

**OF COUNSEL:**

Scott W. Pedigo (MS Bar No. 10735)
Amy L. Champagne (MS Bar No. 102477)
R. Christopher White (MS Bar No. 105509)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
One Eastover Center
100 Vision Drive, Suite 400 (39211)
P.O. Box 14167
Jackson, Mississippi 39236
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
rcwhite@bakerdonelson.com

Attorneys for Koch Foods, Inc.; Koch Farms
of Mississippi, LLC; and Koch Foods of
Mississippi, LLC