**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **CARLTON SANDERS and** | |
| **STEPHEN H. SMITH as Chapter 7 Bankruptcy** | |
| **Trustee for CARLTON SANDERS** | **PLAINTIFFS** |
| | |
| **VS** | **CIVIL ACTION NO. 3:19-CV-721-DPJ-FKB** |
| | |
| **KOCH FOODS, INCORPORATED;** | |
| **KOCH FARMS OF MISSISSIPPI, LLC, and** | |
| **KOCH FOODS OF MISSISSIPPI, LLC** | **DEFENDANTS** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that Koch Foods, Inc., Koch Foods of Mississippi, LLC ("Koch Foods") and Koch Farms of Mississippi, LLC ("Koch Farms") (collectively, the "Koch Defendants, on this date served, via electronic mail, *The Koch Defendants' First Set of Requests for Production of Documents and First Set of Interrogatories* to all counsel of record.

**FURTHER NOTICE** is hereby given that the original of this document is being retained by counsel for Defendants.

This the 21st day of February, 2020.

                                            Respectfully submitted,

                                            KOCH FOODS OF MISSISSIPPI, LLC and
                                            KOCH MEAT CO., INC.

                                            By Their Attorneys,

                                            BAKER, DONELSON, BEARMAN,
                                             CALDWELL & BERKOWITZ, P.C.

                                            By: *s/Scott W. Pedigo*
                                                 SCOTT W. PEDIGO

**OF COUNSEL:**

Scott W. Pedigo (MS Bar No. 10735)
Amy L. Champagne (MS Bar No. 102477)
R. Christopher White (MS Bar No. 105509)
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
100 Vision Drive, Suite 400 (39211)
P.O. Box 14167
Jackson, Mississippi 39236
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
rcwhite@bakerdonelson.com

Attorneys for Koch Foods, Inc.; Koch Farms of Mississippi, LLC; and Koch Foods of Mississippi, LLC

Attorneys for Defendants