**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

|  |  |
|---|---|
| CARLTON SANDERS and STEPHEN H. SMITH as Chapter 7 Bankruptcy Trustee for CARLTON SANDERS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KOCH FOODS, INC., KOCH FARMS OF MISSISSIPPI, LLC, and KOCH FOODS OF MISSISSIPPI, LLC,<br><br>　　　　　　Defendants. | Civil Action No. 3:19-cv-721-DPJ-FKB |

## NOTICE BY THE UNITED STATES

On March 13, 2020, the United States filed a notice stating that it was considering whether to participate in this action pursuant to 28 U.S.C. § 517. *See* Notice, ECF No. 33, Mar. 13, 2020. The United States appreciates the Court's patience and advises that the United States has decided not to participate in connection with the motion to dismiss.

Dated:  April 10, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　JACQUELINE COLEMAN SNEAD
　　　　　　　　　　　　　　　　　　　Assistant Branch Director

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 10th day of April, 2020, a copy of the foregoing was filed electronically. I understand that the filing will be served electronically to all parties by operation of the Court's electronic filing system.

/s/ Alexander V. Sverdlov