IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CARLTON SANDERS and**
**STEPHEN H. SMITH as Chapter 7 Bankruptcy**
**Trustee for CARLTON SANDERS**                                              **PLAINTIFFS**

**VS**                                    **CIVIL ACTION NO. 3:19-CV-721-DPJ-FKB**

**KOCH FOODS, INCORPORATED;**
**KOCH FARMS OF MISSISSIPPI, LLC, and**
**KOCH FOODS OF MISSISSIPPI, LLC**                                           **DEFENDANTS**

**DEFENDANTS, KOCH FOODS, INC., KOCH FARMS OF MISSISSIPPI, LLC, and KOCH FOODS OF MISSISSIPPI, LLC'S NOTICE OF SERVICE**

**TO:**   All Counsel of Record

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

_____   Interrogatories to:

_____   Requests for Production of
         Documents to:                                  _____

_____   Requests for Admissions to:

__✔__    Responses to Interrogatories of:              <u>Plaintiff Carlton Sanders</u>

__✔__    Responses to Requests for
         Production of Documents of:                    <u>Plaintiff Carlton Sanders</u>

_____   Responses to Requests for
         Admissions of:

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

08/07/20
Date

Respectfully submitted,

KOCH FOODS, INC., KOCH FARMS OF MISSISSIPPI, LLC and KOCH FOODS OF MISSISSIPPI, LLC

By Their Attorneys,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

By: /s/ Scott W. Pedigo
SCOTT W. PEDIGO

**OF COUNSEL:**

Scott W. Pedigo (MS Bar No. 10735)
Amy L. Champagne (MS Bar No. 102477)
R. Christopher White (MS Bar No. 105509)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
100 Vision Drive, Suite 400 (39211)
P.O. Box 14167
Jackson, Mississippi 39236
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
rcwhite@bakerdonelson.com

Attorneys for Koch Foods, Inc.; Koch Farms
of Mississippi, LLC; and Koch Foods of Mississippi, LLC

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which will electronically send notification of the filings to all attorneys of record.

This the 7th day of August 2020.

/s/ *Scott W. Pedigo*
SCOTT W. PEDIGO